**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jose L.B.,

      Petitioner,

v.

Todd Blanche, et al.,

      Respondents.

No. 26-cv-2119 (KMM/EMB)

**ORDER**

---

On April 28, 2026, U.S. Magistrate Judge Elsa M. Bullard issued a Report and Recommendation ("R&R") recommending that Petitioner Jose L.B.'s Petition for a Writ of Habeas Corpus be granted. (Dkt. 8.) Judge Bullard reasoned that release was appropriate because Respondents failed to show it validly invoked its authority under 8 U.S.C. § 1226(a) to detain Mr. L.B. and could not later shift the grounds it invoked to justify his detention. (*Id.* at 7–15.) Respondents objected to the R&R on its substance, but they also asserted that Mr. L.B. had become subject to a final order of removal and thus his detention was now appropriate under 8 U.S.C. § 1231(a)(2)(A). (Dkt. 9.) Mr. L.B. does not contest that 8 U.S.C. § 1231(a)(2)(A) now governs his detention. (Dkt. 13 at 3.)

In relevant part, § 1231 states "the Attorney General shall detain the alien" during a 90-day "removal period" that begins when the removal order becomes final. 8 U.S.C. § 1231(a)(2)(A) (requiring detention during the "removal period"); *id.* § 1231(a)(1)(B)(i) (explaining that the removal period begins when the "order of removal becomes administratively final"). Mr. L.B. does not contest that he is now subject to a final order of

1

removal, that he waived his right to appeal, or that his detention falls within the 90-day removal period. Therefore, Mr. L.B. must be detained under § 1231(a)(2)(A) and his Petition is denied. The Court otherwise declines to address Respondents' substantive objections to the R&R.

**ORDER**

For the reasons discussed above, **IT IS HEREBY ORDERED THAT**:

1. The April 28, 2026 R&R (Dkt. 8) is **REJECTED** due to changed circumstances; and

2. Petitioner Jose L.B.'s Petition for a Writ of Habeas Corpus (Dkt. 1) is **DENIED**.

   **Let Judgment be entered accordingly**.

Date: May 27, 2026

s/Katherine Menendez
Katherine Menendez
United States District Judge